# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WAYNE A. SMITH,**

    Plaintiff,

v.

Case No. 22-CV-59

**KILOLO KIJAKAZI,**
**Acting Commissioner for Social Security,**

    Defendant.

# O R D E R

This matter is before the parties' Stipulated Motion For Remand For Further Proceedings Pursuant To Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

It is hereby **ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge to confirm that Plaintiff is informed of his right to representation and is capable of an informed and voluntary waiver, if necessary; give further consideration to whether Plaintiff can perform past or other work in the national economy; to offer Plaintiff the opportunity for a new hearing; to take further action needed to complete the administrative record; and to issue a new decision.

Dated at Milwaukee, Wisconsin, this 1st day of September, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge